IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,  Plaintiff,  vs.  MASTER MARINE, INC.,  Defendant. | ) ) ) ) ) ) ) ) ) ) ) )   CIVIL ACTION NO. 18-0371-CG-C |

## CONSENT DECREE

The United States Equal Employment Opportunity Commission ("EEOC" or "Commission") filed a lawsuit against Master Marine, Inc. ("Master Marine" or "Defendant"), pursuant to Title VII of the Civil Rights Act of 1964 and Title I of the Civil Rights Act of 1991 to correct unlawful employment practices on the basis of retaliation and to provide appropriate relief to Elskin Nye ("Nye" or "Charging Party").

## RECITALS

1. Master Marine has denied that it engaged in unlawful retaliation or any other unlawful conduct. Nevertheless, the parties have advised this Court that they desire to resolve the allegations in the Complaint without the expense of further litigation.

2. Nothing in this Agreement should be construed as an admission on the part of Master Marine that it has engaged in unlawful discrimination, retaliation, or any other wrongdoing.

3. The Parties do not object to the jurisdiction of the Court over this action and the subject matter of this lawsuit, and agree to the power of this Court to approve this Consent

Decree and enforce it as to the Parties. The Parties agree that the Court shall retain jurisdiction over this case in order to enforce the terms of the Consent Decree.

4. The Parties agree that this Consent Decree is fair and reasonable.

5. The Parties agree to entry of this Consent Decree without trial or further adjudication of the claims made by the Commission in this lawsuit, and waive their rights to a hearing, the entry of findings of fact and conclusions of law, and to a jury trial.

6. The Parties agree that this Consent Decree is final and binding upon Master Marine, and its agents, officers, all employees, servants, successors and assigns.

7. The Parties agree that when this Consent Decree requires Master Marine to send documents, reports, information, and items to the Commission or the Regional Attorney of the Birmingham District Office, the documents, reports, information, and items shall be sent to the attention of Marsha Rucker, Regional Attorney, Equal Employment Opportunity Commission, Birmingham District Office, 1130 22nd Street South, Suite 2000, Birmingham, Alabama 35205.

THEREFORE, it is the finding of this Court, made on the pleadings and on the record as a whole and upon agreement of the parties, that: (i) this Court has jurisdiction over the parties to and the subject matter of this action, (ii) this Consent Decree is intended to and does resolve all matters in controversy in this lawsuit among the parties, and (iii) the terms of this Consent Decree constitute a fair and equitable settlement of all issues in the lawsuit. This Consent Decree, being entered with the consent of the parties for purposes of settlement, shall not constitute an adjudication on the merits of this lawsuit and shall not be construed as an admission by Defendant that it violated Title VII or the Civil Rights Act of 1991.

It is hereby **ORDERED, ADJUDGED AND DECREED**:

1. This Consent Decree is entered into by the Commission and Master Marine.

2. This Consent Decree shall be final and binding between the Commission and Master Marine.

3. This Consent Decree shall resolve all claims which were raised by the EEOC in its Complaint in Civil Action No. 1:18-CV-00371-C.

4. This Consent Decree shall be filed in the United States District Court for the Southern District of Alabama, Mobile Division, and shall be in effect, and continue to be in effect, for a period of two (2) years from the date of its entry.

5. Any modification of this Consent Decree by any party shall be made by motion to the Court.

6. The Court shall retain jurisdiction over this case in order to enforce the terms of the Consent Decree.

7. This Consent Decree shall apply to Defendant Master Marine's operations in Bayou La Batre, Alabama.

8. Defendant Master Marine shall not subject any employee to retaliation for engaging in protected activity and shall comply fully with all provisions of this Consent Decree and Title VII of the Civil Rights Act of 1964, 42 U.S.C. § 2000e, et seq. ("Title VII").

9. Nothing in this Consent Decree, either by inclusion or exclusion, shall be construed to affect, or otherwise limit, the obligations of Defendant Master Marine under Title VII.

10. Nothing in this Consent Decree, either by inclusion or exclusion, shall be construed to affect, or otherwise limit, the EEOC's authority to process or litigate any current or future charge of discrimination filed with the EEOC or against Master Marine.

11. Master Marine, including its officers, agents, employees, successors, and assigns, and all those in active concert or participation with them are permanently enjoined for the duration of this Consent Decree from subjecting any employee to retaliation in violation of Title VII.

12. Defendant shall not discriminate or retaliate against any person because of opposition to any practice made unlawful under Title VII or because of the filing of a charge, the giving of testimony or assistance, or the participation in any investigation, proceeding or hearing under that statute.

## **MONETARY RELIEF**

13. Master Marine shall pay $30,000 for back pay and compensatory damages to Charging Party Nye. Defendant shall make payment to the Charging Party, via certified check, within 30 days of the effective date of this agreement.

14. The $30,000 paid by Master Marine shall represent full settlement of the claims against Defendant which were the basis of the EEOC Charge filed by Nye (No. 425-2017-00-188).

15. All parties will be obliged to comply with applicable law regarding tax matters. Master Marine will bear responsibility for issuance of appropriate tax reporting forms to Nye. Nye will have responsibility for payment of taxes in accordance with existing tax law.

16. Defendant shall issue payment of the monetary relief by mailing a check payable to Nye to the address provided by the EEOC. Concurrently, a copy of the check and related correspondence shall be submitted to the Commission, at the following address: Regional Attorney, Equal Employment Opportunity Commission, Birmingham District Office, 1130 22nd Street South, Suite 2000, Birmingham, Alabama 35205.

17. Master Marine will promptly notify the EEOC in the event payment is returned to Defendant as undeliverable.  Defendant will promptly notify the EEOC in the event the check is not cashed within one hundred and eighty (180) days of the date of its disbursement.

18. Failure to make payment in full within 30 days of entry of the Consent Decree will constitute a breach of the Decree.

## OTHER RELIEF

19. Master Marine shall segregate into a confidential file, and not disclose to any employee or non-government third party (unless such documentation is the subject of a court order), any and all documents, information, references, and all facts or matters underlying or related to Nye's involvement in Charge No. 425-2017-00-188 and this lawsuit.

20. Master Marine, including its officers, agents, employees, successors, and assigns shall be enjoined from providing negative, derogatory, or otherwise unfavorable information about Nye that relates to his character, reputation, conduct, and performance while employed at Master Marine to persons who contact Defendant, its officers, agents, employees, successors and assigns seeking employment, licensure, and character references or any other information related to Nye.  In the event Defendant receives any request for information, whether verbal or written, from potential employers, prospective employers, or third parties seeking references or information about Nye, Defendant shall inform such potential employer(s), prospective employer(s), or third parties that its policy and practice is to provide only the dates of an individual's employment, the position held by that individual, and, if requested by Nye, his final pay rate while employed at Master Marine.  Notwithstanding the foregoing, nothing in this Consent Decree should be construed as prohibiting Master Marine from responding to or otherwise complying with a lawful court order issued after Master Marine's communication to

the subpoenaing party that the information or documents sought pursuant to the subpoena are or may be subject to this Consent Decree.

21. Master Marine shall not discourage any individual from reporting, alleging, complaining about, or assisting in any manner with any report, allegation, or complaint of employment discrimination, harassment, and retaliation in violation of Title VII.

22. Within sixty (60) days of the entry of this Consent Decree, Master Marine shall include on all bulletin boards, including all electronic bulletin boards, at its Bayou La Batre, Alabama facilities a statement expressing its commitment to a diverse workplace, non-discrimination, and non-retaliation in all employment decisions.  Provided that Master Marine has posted the notice consistent with the Consent Decree in EEOC v. Master Marine, Inc., Case No. 1:18-cv-00269-MU, and the notice includes a commitment to non-discrimination and non-retaliation, Master Marine is not required to post a new or different notice to comply with this paragraph.

## **POLICIES AND PROCEDURES**

23. Within thirty (30) days of the entry of this Consent Decree, Master Marine President Randy Orr shall issue a written statement to all employees confirming his commitment to a workplace free of discriminatory and retaliatory practices, advising employees on how to report discrimination and retaliation in the workplace, and encouraging employees to report discriminatory and retaliatory conduct without fear of further retaliation.  Provided that Randy Orr issued the written statement to all employees required by the Consent Decree in EEOC v. Master Marine, Inc., Case No. 1:18-cv-00269-MU, and the statement includes a commitment to non-discrimination and non-retaliation, Randy Orr is not required to issue a new or different statement to comply with this paragraph.

24. Within sixty (60) days of this Agreement, Master Marine shall develop, or amend, if necessary, and provide to its employees, an anti-retaliation policy covering the laws enforced by EEOC, which shall contain, at a minimum, the following:

   a. A statement that Master Marine is committed to the following: preventing and correcting retaliation in the workplace; conducting prompt, good faith investigations of allegations, reports, and complaints of retaliation; taking prompt corrective and remedial action when it determines retaliation has occurred; and taking steps to ensure that victims of, and witnesses to, retaliation, or employees who oppose or participate in investigations of retaliation are not subjected to retaliation;

   b. A provision for the training of employees, supervisors, and managers by a qualified person with a minimum of ten years of experience as a human resources supervisor or similar level of experience handling employment discrimination and retaliation complaints in the workplace on (i) how to prevent, recognize, and address retaliation, (ii) employee, supervisor, and manager rights and obligations under Title VII and this Consent Decree, and (iii) the extent of the confidentiality and protection from retaliation that employees will be afforded when they participate in investigations of retaliation;

   c. A procedure for employees to report actual or perceived retaliation including how, and to whom, employees, supervisors, and managers may report retaliation;

   d. A procedure for Master Marine to conduct lawful, prompt, non-harassing, victim-sensitive, good-faith investigations into known, or reported, retaliation;

   e. Assurance that Master Marine shall protect the confidentiality of retaliation complainants, victims, and witnesses to the extent reasonably possible, including not disclosing the identities of complainants, victims and witnesses, or their allegations,

  except on a need-to-know basis, or when and where required by applicable statute, rule, regulation, or by an authorized local, state, or federal agency, or by a court of competent jurisdiction, or for accounting, tax, requisite agency reporting, insurance, and/or reinsurance purposes;

f. A procedure for documenting and recording allegations, complaints, and reports of retaliation;

g. A procedure for maintaining and retaining all documents, electronic recordings, and other physical evidence, and information generated by, involving, or relating to allegations, complaints, and reports of retaliation;

h. A procedure for maintaining and retaining all documents, electronic recordings, and other physical evidence and information generated by, involving, or relating to the investigation of workplace retaliation;

i. A provision mandating disciplinary action, up to and including termination, against employees, supervisors, and managers who retaliate against employees, supervisors, and managers who engage in activity protected by Title VII;

j. A provision that makes implementation of, and compliance with, Master Marine's retaliation policies and procedures a factor in each manager's and supervisor's performance evaluation;

k. A provision that provides for disciplinary action, up to and including termination, of supervisors and managers who fail to implement or comply with Title VII and Master Marine retaliation policies and procedures.

l. Provided that Master Marine has developed and distributed the anti-discrimination policy required by the Consent Decree in <u>EEOC v. Master Marine, Inc.</u>, Case No. 1:18-cv-

00269-MU, and the policy includes an anti-retaliation policy, Master Marine is not required to develop or distribute a new or different policy to comply with this paragraph.

25. Master Marine shall send a copy of the policies and procedures required by this Consent Decree to the attention of the Regional Attorney of the Birmingham District Office, U.S. Equal Employment Opportunity Commission, within 60 days following the entry of this Consent Decree, or ten (10) days following the first dissemination to employees, whichever date is sooner. Acceptance or review of these materials by EEOC shall be for compliance monitoring purposes only. Master Marine is not required to send a copy of its anti-retaliation policy disseminated to its employees, provided that Master Marine forwarded said policy to the Regional Attorney in conjunction with its compliance with the Consent Decree in <u>EEOC v. Master Marine, Inc.</u>, Case No. 1:18-cv-00269-MU.

26. Once revised in accordance with the provisions of this Consent Decree, Master Marine shall provide a copy of the policies and procedures required by this Consent Decree to all existing employees, and all new employees within three (3) days of their hire. Any employees who were hired during the period between entry of this Consent Decree and final revision of Master Marine's antiretaliation policies and procedures shall also receive copies of these documents within three (3) days of the final revision.

27. Master Marine shall post its policies and procedures required by this Consent Decree in prominent locations frequented by employees in each of its worksite locations in Alabama as well as on its website.

28. Within seventy-five (75) days of this Consent Decree, Defendant shall report to the EEOC in writing on its efforts and actions to comply with each of the items under the "Policies

and Procedures" section of this Consent Decree, including providing the EEOC with copies of all newly-implemented non-retaliation policies.

## TRAINING FOR MANAGERS AND EMPLOYEES

29.     Within seventy-five (75) days of entry of this Consent Decree, Defendant shall provide a training session at least ninety minutes in length on the anti-retaliation laws enforced by the EEOC, including but not limited to Title VII's prohibition against retaliation. The training shall also include examples of retaliation specific to Master Marine's workplace and provide interactive training to all attendees.  The training shall be given to all employees, supervisors and managers, including Master Marine President Randy Orr. Defendant shall provide this training then annually for the remainder of the period covered by the Consent Decree.  Provided that Master Marine provided 90 minute training sessions to all employees, supervisors and managers, including Randy Orr, consistent with the Consent Decree in <u>EEOC v. Master Marine, Inc.</u>, Case No. 1:18-cv-00269-MU, and the training covered anti-retaliation laws in addition to anti-discrimination laws, Master Marine is not required to provide additional or new training pursuant to this paragraph.

30.     The training shall be presented by a trainer qualified by education and experience in the subject matter.  Defendant shall submit to the EEOC, two weeks prior to each training, the name of the presenter and his or her qualifications. Within thirty (30) days after completion of each training, Defendant shall provide the EEOC with a typed certification that all employees have received the necessary training, the typed names of the employees trained, and a date by which any employees absent during the training shall be trained.  Any person who does not attend the trainings despite being presently employed with Defendant shall be trained within thirty (30) days after scheduled training.

31.     The training and education for employees shall be videotaped for employees who are employed at the time of the training but absent from work when the training takes place.

32.     Master Marine shall generate a registry containing signatures of all persons in attendance of the trainings described above.  All employees attending the training shall be instructed to sign the registry when they attend the entire training session or watch a videotape of the entire training session.  Master Marine shall retain the registry for the duration of the Consent Decree.

33.     Master Marine may add to this training depending on its needs.

34.     Master Marine shall provide the EEOC at least fifteen (15) days advance notice of the date, time, location, and substance of the initial training and shall permit any representative of the Commission to attend and observe the planned training upon the Commission giving reasonable notice to Master Marine.

35.     Within ninety (90) days of the entry of this Consent Decree, Master Marine shall provide the Birmingham District Office of the Equal Employment Opportunity Commission with proof of the action taken to inform and train its personnel as outlined herein.  The report(s) shall be mailed to Regional Attorney, EEOC Birmingham District Office, 1130 22nd Street, South, Suite 2000 Birmingham, AL 35205.   To the extent that Master Marine has provided proof of training to the Birmingham District Office of the Equal Employment Opportunity Commission as required by the Consent Decree in <u>EEOC v. Master Marine, Inc.</u>, Case No. 1:18-cv-00269-MU, Master Marine is not required to provide further proof of its action to comply with this paragraph.

## POSTING OF NOTICE

36.     Master Marine shall post and cause to remain posted the posters required to be displayed in the workplace by Commission regulations.

37.     Within thirty (30) calendar days after entry of this Decree, Master Marine shall sign and post 8½-inch-by-11-inch sized copies of the notice attached as **Exhibit A** to this Consent Decree on all bulletin boards ordinarily used by Defendant at its Bayou La Batre, Alabama facilities for announcements, notices of employment policy, or practice changes to employees, during the term of this Consent Decree, including intranet pages and electronic bulletin boards.  To the extent that Master Marine signed and posted the notice attached as Exhibit A on all bulletin boards in conjunction with its compliance with the Consent Decree in <u>EEOC v. Master Marine, Inc.</u>, Case No. 1:18-cv-00269-MU, Master Marine is not required to post a new or different notice to comply with this paragraph.

38.     The Defendant shall post EEO policies both in electronic and paper format in prominent locations, frequented by employees, at its Bayou La Batre, Alabama facilities.  The Defendant shall ensure that these policies are distributed to each current employee at its facilities and all new employees upon hire.  To the extent that Master Marine posted EEO policies in both electronic and paper format in prominent locations, frequented by employees, at its Bayou La Batre, Alabama facilities in conjunction with its compliance with the Consent Decree in <u>EEOC v. Master Marine, Inc.</u>, Case No. 1:18-cv-00269-MU, Master Marine is not required to post new or different EEO policies or notice to comply with this paragraph.

## RECORDS RETENTION

39.     The Defendant shall maintain the following records during the period of this Consent Decree:

    (a)    Title VII policies and procedures;

    (b)    Discrimination, harassment, and retaliation complaints made by employees;

    (c)    All documents generated in connection with any complaint investigation and resolution of every complaint involving allegations of violations of Title VII, including discrimination, harassment and retaliation;

    (d)    All materials used in training provided pursuant to the terms of this Consent Decree; and

    (e)    Attendance lists for such training.

## DISPUTE RESOLUTION

40. In the event that the Commission believes during the term of this Consent Decree that Master Marine has failed to comply with any provision(s) of the Consent Decree, the Commission shall notify Master Marine or its counsel of the alleged non-compliance and shall afford Master Marine ten (10) calendar days thereafter to remedy the non-compliance or to satisfy the Commission the alleged non-compliance is not well founded.  If Master Marine has not remedied the alleged non-compliance or satisfied the Commission that it has complied within ten (10) calendar days, the Commission may apply to the Court for appropriate relief.

## ATTORNEYS' FEES

41. The parties shall bear their own attorneys' fees and costs incurred in this action up to the date of the entry of this Consent Decree.

## FORCE AND EFFECT

42. The duration of this Consent Decree shall be two (2) years from its entry.

43. The Court shall retain jurisdiction for the duration of the Consent Decree, during which the Commission may petition this Court for compliance with this Consent Decree.  Should the Court determine that Defendant has not complied with this Consent Decree, appropriate relief,

including extension of the Consent Decree for such period as may be necessary to remedy its non-compliance, may be ordered.

44. Absent extension, this Consent Decree shall expire by its own terms at the end of two (2) years from the date of its entry without further action by the Parties.

45. The Parties agree to the entry of this Consent Decree subject to final approval by the Court.

**DONE and ORDERED** this 15th day of May, 2019.

/s/ Callie V. S. Granade
SENIOR UNITED STATES DISTRICT JUDGE

Case 1:18-cv-00371-CG-C   Document 27   Filed 05/15/19   Page 15 of 15   PageID #: 119

## EXHIBIT A
## NOTICE TO ALL MASTER MARINE, INC. EMPLOYEES

This Notice is posted under the terms of the Consent Decrees entered in Equal Employment Opportunity Commission v. Master Marine, Inc. (Civil Action 18-0269-MU) and Equal Employment Opportunity Commission v. Master Marine, Inc. (Civil Action 18-00371-C).

It is unlawful under Title VII of the Civil Rights Act of 1964, *as amended*, ("Title VII") to discriminate against an employee or applicant on the basis of race or sex, including engaging in harassment related to race or sex. It is also unlawful to retaliate against any person because the person engaged in any activity protected by Title VII, including opposing discriminatory conduct, or having contact with the EEOC.

If you believe you or any other person has been subjected to race or sex discrimination, including racial or sexual harassment, during the course of your employment with Master Marine, Inc. you may contact the EEOC for assistance.

Title VII protects you from retaliation by Master Marine, Inc. for (1) opposing discriminatory practices made unlawful by Title VII, (2) filing a charge or assisting or participating in the filing of a charge of discrimination under Title VII, or (3) assisting or participating in an investigation or proceeding brought under Title VII.

If you believe you or any other person has been or is being discriminated or retaliated against in violation of Title VII, you may contact the EEOC for assistance as follows:

EEOC, 1130 22nd Street South, Suite 2000, Birmingham, AL 35205, (205) 212-2000; or

EEOC, 63 South Royal Street, Suite 504, Mobile, AL 36602, (251) 690-3001.

**This Notice must remain posted for a period of two years from the date below and must not be altered, defaced or covered by any other material. Any questions about this Notice or compliance with its terms may be directed as follows: Regional Attorney, EEOC Birmingham District Office, Ridge Park Place, Suite 2000, 1130 22nd Street South, Birmingham, AL 35205.**

_____                              _____
Date                                                                On Behalf of Master Marine, Inc.

DO NOT REMOVE THIS NOTICE!